IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK MULLINS                                                                          PETITIONER
Reg. #65817-280

v.                         CASE NO. 2:16-CV-00021 BSM

C.V. RIVERA, Warden,                                                                    RESPONDENT
FCI-Forrest City

## ORDER

The recommended disposition [Doc. No. 17] submitted by United States Magistrate Judge J. Thomas Ray has been received along with the objections filed by petitioner Patrick Mullins [Doc. No. 24]. After *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, Mullins's petition for writ of *habeas corpus* under 28 U.S.C. section 2241 is denied, and his petition is dismissed with prejudice.

IT IS SO ORDERED this 27th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE